MEMORANDUM OPINION



No. 04-09-00111-CV


IN RE NACHO JIMENEZ


Original Mandamus Proceeding (1)


 

PER CURIAM


Sitting: Catherine Stone, Chief Justice

 Rebecca Simmons, Justice

 Marialyn Barnard, Justice

 

Delivered and Filed: February 25, 2009

 

PETITION FOR WRIT OF MANDAMUS DENIED

 On February 19, 2009, relator filed a petition for writ of mandamus and a motion for
emergency temporary relief. The court has considered relator's petition for writ of mandamus and
is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of
mandamus and the motion for emergency temporary relief are DENIED. See Tex. R. App. P. 52.8(a). 
 

 PER CURIAM

1. This proceeding arises out of Cause No. 08-01-23163-MCVAJA, styled Soila Gonzalez Martinez v. Nacho
Jimenez, pending in the 365th Judicial District, Maverick County, Texas, the Honorable Amado J. Abascal, III presiding.